**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-8588**

_____

WILLIAM BERNARD RANDOLPH,

Plaintiff - Appellant,

versus

DON A. SWETTER, Dr; DR. OHAI; J. KENDRICKS,
Dr.; WARDEN JABE; R. SMITH, Shop Foreman,
Correctional Medical Service; W. P. WELCH,
Hospital Head, Deputy Warden; WARDEN BASS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert R. Merhige, Jr., Senior
District Judge. (CA-95-370-3)

_____

Submitted: February 7, 1996      Decided: February 29, 1996

_____

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William Bernard Randolph, Appellant Pro Se. David Charles Bowen,
WILLCOX & SAVAGE, Norfolk, Virginia; Mary Elizabeth Shea, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Jeff Wayne
Rosen, Lisa Ehrich, ADLER, ROSEN & PETERS, P.C., Virginia Beach,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Randolph v. Swetter</u>, No. CA-95-370-3 (E.D. Va. Dec. 4, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3